632 A.2d 1302

COMMONWEALTH of Pennsylvania, Appellee,

v.

Keith M. PARSELL, Appellant.

Supreme Court of Pennsylvania.

Argued May 3, 1993.

Decided Nov. 1, 1993.

Robert H. Steinberg, Public Defender, for appellant.

John T. Robinson, Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

LARSEN, J., did not participate in the decision of this case.